In the United States District Court
for the Southern District of Georgia
Brunswick Division

| | |
|---|---|
| Charlotte **Hall**,<br>    Plaintiff,<br>v.<br>Kilolo **Kijakazi**,<br>Acting Commissioner of Social Security,<br>    Defendant. | 2:21-cv-026 |

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Defendant's response, it is

ORDERED that

1. Plaintiff is awarded attorney's fees in the amount of $7,137.07.

2. Any Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel if Plaintiff owes a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel.

**SO ORDERED** this 9 day of May, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA